IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON ALEXANDER, | : | CIVIL ACTION |
| | : | NO. 16-0546 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TUTOR PERINI CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **14th** day of **September, 2017,** upon consideration of Defendants' Motion for Summary Judgment (ECF No. 26), Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment (ECF No. 27), and Defendants' Motion for Leave to File a Reply to the Response in Opposition (ECF No. 28), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** as follows:

    1.   Defendants' Motion for Leave to File a Reply to the Response in Opposition (ECF No. 28) is **GRANTED**.[1]

    2.   Defendants' Motion for Summary Judgment (ECF No. 26) is **GRANTED**.

    3.   The Clerk of Court shall mark the case **CLOSED**.

**AND IT IS SO ORDERED.**

                                           **/s/ Eduardo C. Robreno**
                                           **EDUARDO C. ROBRENO,    J.**

---

[1] The Court has considered the contents of the proposed reply brief, attached to the motion for leave as Exhibit 1 (ECF No. 28-1), in reaching its summary judgment decision.