```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| AARON ALEXANDER, | : | CIVIL ACTION |
| | : | NO. 16-0546 |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TUTOR PERINI CORPORATION, et al., | : | |
| | : | |
|     Defendants. | : | |

## J U D G M E N T

**AND NOW**, this **14th** day of **September, 2017,** pursuant to the Court's Memorandum and Order dated **September 14, 2017,** granting Defendants' Motion for Summary Judgment (ECF No. 26), it is hereby **ORDERED** that **JUDGMENT** is **ENTERED** in favor of Defendants Tutor Perini Corporation and Tutor Perini Building Corp., and against Plaintiff Aaron Alexander, on both counts of the Complaint.

    The Clerk of Court shall mark the case **CLOSED.**

    **AND IT IS SO ORDERED.**

                                        **/s/ Eduardo C. Robreno**
                                        **EDUARDO C. ROBRENO,  J.**